UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Aurelius Capital Master, Ltd.,<br><br>        Plaintiff,<br><br>-against-<br><br>The Republic of Argentina,<br><br>        Defendant. | 19 Civ. 351 (LAP)<br><br>ORDER |
| Adona LLC, et al.,<br><br>        Plaintiffs,<br><br>-against-<br><br>The Republic of Argentina,<br><br>        Defendant. | 19 Civ. 11338 |
| Novoriver S.A.,<br><br>        Plaintiff,<br><br>-against-<br><br>Argentine Republic,<br><br>        Defendant. | 19 Civ. 9786 |
| ACP Master, Ltd.,<br><br>        Plaintiff,<br><br>-against-<br><br>The Republic of Argentina,<br><br>        Defendant. | 19 Civ. 10109 |
| 683 Capital Partners, LP,<br><br>        Plaintiff,<br><br>-against-<br><br>The Republic of Argentina,<br><br>        Defendant. | 19 Civ. 10131 |

1

```
APE GROUP SPA, ROMANO
CONSULTING SPA, ICARO SRL and
ELAZAR ROMANO,

                    Plaintiffs,        20 Civ. 10409

    -against-

The Republic of Argentina,

                    Defendant.
```

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the parties' proposed revised discovery schedules.  (Dkt. Nos. 80, 81 in 19-cv-351.)  The existing discovery schedule (dkt. no. 45 in 19-cv-351) is superseded, and the following discovery schedule shall control:

\*   \*   \*

| | |
|---|---|
| Parties to complete document discovery by: | 5/13/2022 |
| Parties to serve Requests for Admission by: | 6/29/2022 |
| Parties to complete fact witness depositions by: | 7/29/2022 |
| Completion of fact discovery by: | 7/29/2022 |
| Counsel shall appear for a telephonic status conference on: | 8/1/2022 at 11 a.m. |
| Parties to designate expert witnesses and serve Rule 26(a)(2) disclosures by: | 8/17/2022 |
| Parties to designate rebuttal experts and serve Rule 26(a)(2) disclosures by: | 9/30/2022 |
| Parties to serve expert reply reports by: | 10/31/2022 |
| Completion of expert discovery by: | 12/16/2022 |

\*   \*   \*

The August 1, 2022 status conference will be held telephonically using the following information:  Dial-in:  (877) 402-9753; Access Code:  6545179.

**SO ORDERED.**

Dated:    New York, New York
          February 24, 2022

_____
LORETTA A. PRESKA
Senior United States District Judge