# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

May 1, 2023

By ECF

Judge Loretta A. Preska,
   United States District Court for the Southern District of New York,
     500 Pearl Street,
       New York, New York 10007.

> Re:  *Aurelius Capital Master, Ltd.* v. *The Republic of Argentina*, No. 19-cv-0351 (LAP);
>
> *Novoriver S.A.* v. *Argentine Republic*, No. 19-cv-9786 (LAP);
>
> *ACP Master, Ltd.* v. *The Republic of Argentina*, No. 19-cv-10109 (LAP);
>
> *683 Capital Partners, LP* v. *The Republic of Argentina,* No. 19-cv-10131 (LAP);
>
> *Adona LLC, et al.* v. *The Republic of Argentina,* No. 19-cv-11338 (LAP);
>
> *Ape Group SPA, et al.* v. *The Republic of Argentina*, No. 20-cv-10409 (LAP)

Dear Judge Preska:

      I write on behalf of the Republic of Argentina (the "Republic") in connection with the Court's Order, dated April 17, 2023 (the "Order"), requesting that persons or entities that designated sealed materials as confidential inform the Court of the basis for those designations. On April 18, 2023, the Republic notified the two relevant third parties, Barclays Capital Inc. ("Barclays") and UBS Group AG ("UBS"), of the Court's Order, and offered to inform the Court of their respective positions and to file unsealed versions of any documents that no longer require confidential treatment.

      Barclays has informed the Republic that it has lifted its confidentiality designation over Exhibits 25, 45, and 46.[1] Full versions of those documents are enclosed with this letter. With respect to Exhibit 29, Barclays has informed the Republic that it has no objection to lifting its confidentiality designation over the document so long as certain personal identifying information

---

[1] When referring to sealed materials, this letter uses the same exhibit numbering as the Declaration of Robert J. Guiffra, Jr. filed in connection with the Republic's Motion for Summary Judgment. (*See Aurelius*, ECF No. 134.)

Judge Loretta A. Preska -2-

of individuals from the United Kingdom is redacted in order to ensure compliance with United Kingdom data privacy laws.  A redacted version of Exhibit 29 is enclosed with this letter.

UBS has informed the Republic that it has lifted its confidentiality designation over all six of the documents that it produced and that have been filed under seal.  Accordingly, full versions of Exhibits 17, 22, 23, 34, 43, and 44 are enclosed with this letter.

Respectfully,

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.

(Enclosures)

cc: Ellen Hu, Director, Barclays Legal (by email)
Julie Fine, Director and Counsel, UBS Group AG (by email)